|          |                                      |
|----------|--------------------------------------|
| To:      | The Honorable Martin Reidinger<br>U.S. District Court Judge |
| From:    | Jason M. Kemp<br>U.S. Probation Officer |
| Subject: | **Rassie Lee Rector**<br>Case Number: 0419 1:01CR00052-013<br>**REQUEST TO DESTROY SEIZED PROPERTY** |
| Date:    | 12/2/2015                            |


FILED
CHARLOTTE, NC

DEC 4 2015

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC



**NORTH CAROLINA WESTERN**
**MEMORANDUM**

---

On 01/26/2015, the defendant attempted to falsify a urine sample at the U.S. Probation Office. The urinalysis defeating device that he brought to the office was seized that date. The defendant's supervised release was revoked on 10/01/2015, and he was sentenced to seven (7) months of imprisonment followed by 24 months of supervised release. It is respectfully requested that Your Honor authorize destruction of the aforementioned item of seized property.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7617, should you have any questions.

---

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Signed: December 2, 2015

Martin Reidinger
United States District Judge